United States District Court

Eastern District of California

Fred Leon Jackson, Jr.,

       Plaintiff,     No. Civ. S 04-2516 GEB PAN P

   vs.                           Notice

D. Spalding, et al.,

       Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $150 filing fee required by 28 U.S.C. § 1914(a)(2000).  No initial partial filing fee has been assessed.  However, plaintiff must make monthly payments of

1  20 percent of the preceding month's income credited to his trust
2  fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody
3  of plaintiff is required to forward payments from plaintiff's
4  account to the clerk of the court each time the amount in the
5  account exceeds $10 until the filing fee is paid.
6      The clerk of the court shall serve a copy of this notice and
7  a copy of plaintiff's in forma pauperis application upon the
8  Director of the California Department of Corrections and deliver
9  a copy of this notice to the clerk's financial division.
10     Dated:  July 14, 2005.

               /s/ Peter A. Nowinski
               PETER A. NOWINSKI
               Magistrate Judge