IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, Jr.,

    Plaintiff,                   No. CIV S-04-2516 GEB EFB P

vs.

D. SPALDING, et al.,

    Defendants.          FINDINGS AND RECOMMENDATIONS

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983; 42 U.S.C. §§ 1321 - 12164. On May 5, 2008, the court reviewed plaintiff's complaint, found that it did not state cognizable claims against the California Department of Corrections and Rehabilitation ("CDCR"), and explained to plaintiff that he either could proceed with his action solely against defendants Spaulding, Moreno, Thomas and the California Medical Facility, or file an amended complaint in an attempt to state a claim against the CDCR. On May 16, 2008, plaintiff submitted the documents necessary for service on Spaulding, Moreno, Thomas and the California Medical Facility.

    The court construes plaintiff's election to proceed solely against defendants Spaulding, Moreno, Thomas and the California Medical Facility as consent to dismissal of all claims against the CDCR.

1 | Accordingly, it is hereby RECOMMENDED that the California Department of
2 | Corrections and Rehabilitation be dismissed from this action.
3 | These findings and recommendations are submitted to the United States District Judge
4 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 | after being served with these findings and recommendations, any party may file written
6 | objections with the court and serve a copy on all parties.  Such a document should be captioned
7 | "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 | within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 | *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 | Dated:  May 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE