IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

     Plaintiff,                         No. CIV S-04-2516 GEB EFB P

     vs.

D. SPALDING, et al.,

     Defendants.               ORDER

                                /

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' August 1, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

     Plaintiff's August 29, 2008, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' August 1, 2008, motion to dismiss.

     So ordered.

DATED: September 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE