IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

        Plaintiff,                  No. CIV S-04-2516 GEB EFB P

   vs.

D. SPALDING, et al.,

        Defendants.         ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' August 1, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's October 21, 2008, request is granted and plaintiff has 30 days from the date this order is served to file and serve his opposition.

    So ordered.

DATED: November 4, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE